UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN - 8 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

CHRISTOPHER LAMAR,           )
                             )
    Plaintiff,                )
                             )
v.                           )    Civil Action No. 21-1497 (UNA)
                             )
DEPARTMENT OF JUSTICE        )
                             )
    Defendant.                )

## MEMORANDUM OPINION

The plaintiff is a federal prisoner who is currently incarcerated at the Pensacola Federal Prison Camp in Pensacola, Florida. This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. *See* Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). The complaint itself alleges no facts. Rather, the plaintiff demands judicial review under the Administrative Procedures Act of an unidentified agency determination, and declaratory relief directed toward protection of his Fifth, Sixth and Seventh Amendment rights. Wholly lacking are factual allegations to support any legal claim.[1]

Therefore, the Court will dismiss the complaint and this civil action without prejudice. The plaintiff's application to proceed *in forma pauperis* will be granted. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Dabney L. Friedrich
DABNEY L. FRIEDRICH
United States District Judge

DATE: June 8, 2021

---

[1] To the extent that that plaintiff's claims pertain either to a reduction in sentence or other means of early release from incarceration, it appears that these matters have been or are being addressed by the United States District Court for the Northern District of Florida. Review of plaintiff's criminal case on PACER shows that a motion for sentence reduction under 18 U.S.C. § 3582 recently has been denied and that a motion for resentencing under the First Step Act is pending. *See United States v. Lamar*, No. 5:08-cr-40 (N.D. Fla. Nov. 05, 2008).